IN THE _FIRST_ DISTRICT

COURT OF APPEALS

HOUSTON - DIVISION

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEX···

JAN - 5 2015

CHRISTOPHER A. PRINE

CLERK

NOS.: _01-14-01001_ ─CR

: _01-14-01002_ ─CR

: _01-14-01003_ ─CR

FROM THE 240TH DISTRICT COURT

JIDICIAL DISTRICT

FORT BEND COUNTY, TEXAS

CAUSE NOS.:05-DCR-042537-B HC3
:05-DCR-042538-B HC3
:05-DCR-042572-B HC3

NOTICE OF APPEAL WITH DECLARATION OF INDIGENCY
IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Dennis James Poledore, Jr.,(hereinafter, Appellant) Pro se, and files his "Notice Of Appeal With Declaration Of Indigency In Support Of Request To Proceed In Forma Pauperis". In support thereof would show the following:

I.

Appellant gave timely notice of appeal on December 8th, 2014, to the 240th Judicial District Court (visiting judge) "Lee Duggan Jr.", to Appeal three (3) Appealable "Orders" issued on November 12, 2014. Appellant seeks review in the interest of justice, for a determination of whether the Habeas Court "Abused its discretion" by issuing Orders denying Appellant's: _See EXHIBIT(SW-4) Attached For EXHibits (SW-1 (SW-2) (SW-3)_

1. Final Disposition Determination Hearing Request. See Exhibit-(SW-1)

2. Motion Requesting An Evidentiary Hearing For A §4(a) Provision " Final Disposition" Conducted For Applicant's Prior Writ Ground One "Denied U.S., Fed., And Tex. Sixth Amendment Right To Counsel" Claim. See Exhibit-(SW-2)

3. Second Subsequent Writ Applications Grounds One thru Three. See Exhibit-(SW-3)

Without [first] conducting the required Texas Code of Criminal Procedure, Article 11.07, §4(a) Provision "Final Disposition" determination procedure to determine whether or not Appellant's initial (writ applications) Ground One Denied... Sixth

Page-1

Amendment right to counsel" claim, entails a final disposition on the merits to overcome a §4 (determination) bar. Which Appellant contends the Court's failure make that determination before rendering its denial, denied him of his Fourteenth Amendment procedural "Due Process" right to a fundamental fair Subsequent Writ Habeas Corpus proceeding guaranteed by: a) Texas Bill of rights, Article I, Section 12 and 19; Due Process Clause, and Equal Protection clause of the United States, Federal, and Texas Constitution; and b) C.C.P. art. 11.07, §4(a) Provision. See **Ex Parte Torres**, 943 S.W.2d 469, 472-74(Tex.Crim.App.1997)

## II.

### GOOD-FAITH REQUEST

Appellant avers that this Appeal is taken in good-faith, and not to harass any party or delay any legal finality. But taken in hope to undo a miscarriage of justice.

## III.

### DECLARATION OF INDIGENCY IN SUPPORT OF
### REQUEST TO PROCEED IN FORMA PAUPERIS

Pursuant to Texas Rules of Civil Procedure, §5 under Rule 145(a) "Affidavit of Inability". Appellant declare that the responses to the questions listed below are true and correct, and answered under penalty of perjury:

1. I have not received within the last 12 months from the following sources:
   a. Business, Professions, or from Self-employment
   b. Rent payment, Interest or Dividends
   c. Pensions, Annuities, or Life Insurance payment
   d. Gifts or Inheritances
   e. Any other sources of earned income

2. I do not own cash or have any money in a checkings or savings account, including any funds where interest is paid and unable to obtain a loan.

3. I do not own Real Estate, Stocks, Bonds, Notes Automobiles, or other valuable property, excluding ordinary household furnishings and clothings.

I further understand a false statement in an answer to any question in this Affidavit, will subject me to penalties of perjury.

Under State Law (V.T.C.A.) Practice and Remedies Code 132.001-132.003, I Dennis James Poledore, Jr., do declare under penalty of perjury, that the above foregoing information and answers are true and correct.

Executed this _29th_ day of December, 2014.

/s/ _Dennis J Poledore_
SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE, JR

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of this Pleading/Notice was placed in the U.S. Postal Mail Box at the _Polunsky Unit, 3872 F.m. 350 South_ _Livingston_ , Texas _77351_ Addressed to:

#1. Fort Bend County District Clerk's office
301 Jackson St.
Richmond, Texas 77469

Executed this _29th_ day of December, 2014.

/s/ _Dennis James Poledore_
SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE JR.